JAMES J. F. LOUGHLIN AGENCY, INC. *v.* ZONING BOARD
OF APPEALS OF THE TOWN OF WEST HARTFORD

The petition by the plaintiff for certification for appeal from the Court of Common Pleas in Hartford County is denied.

*Walter A. Twachtman, Jr.,* in support of the petition.

Submitted July 6—decided July 12, 1972

BANKERS TRUST COMPANY, EXECUTOR, ET AL. *v.* ZONING
BOARD OF APPEALS OF THE TOWN OF WESTON

The defendant's motion for an extension of time in which to file an assignment of errors in the appeal from the Court of Common Pleas in Fairfield County at Stamford is denied.

*Bernard Glazer,* in support of the motion.

Submitted July 10—decided July 12, 1972

SBC DANBURY THEATRE CORPORATION *v.* ZONING
BOARD OF APPEALS OF THE CITY OF DANBURY

The petition by the plaintiff for certification for appeal from the Court of Common Pleas in Fairfield County is denied.

*Lloyd Cutsumpas,* in support of the petition.